≈JS 45 (5/97) - (Revised USDC MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. **I**   Investigating Agency **DEA**

City **Boston**

Related Case Information:

County **Suffolk**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Attached Sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **GUILLERMO VILLEGAS ZULUAGA**  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name **a.k.a. "Memo"**

Address  (City & State) **Colombia**

Birth date (Yr only): **1953**  SSN (last4#): _____  Sex **M**  Race: **Hispanic**  Nationality: **Columbia**

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **Neil J. Gallagher, Jr.**  Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: **Spanish**

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  **3**

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **5/12/2011**   Signature of AUSA: _____

JS 45 (5/97) (Revised USDC MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GUILLERMO VILLEGAS ZULUAGA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1956(h) | Conspiracy to Launder Money | 1 |
| Set 2 | 18 USC 1956 | Money Laundering | 12, 16 |
| Set 3 | 18 USC 2 | Aiding and Abetting | 12, 16 |
| Set 4 | 18 USC 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ct js-45-MA2011.wpd - 3/25/2011

## JS-45 ATTACHMENT - SEARCH WARRANT CASE NUMBERS

| Date | Search Warrant Number |
|---|---|
| 05/12/08 | 08-1687-TSH |
| 09/04/08 | 08-1722-TSH |
| 09/04/08 | 08-1723-TSH |
| 03/10/09 | 09-1652-TSH |
| 08/09/09 | 09-1835-TSH |
| 08/09/09 | 09-1836-TSH |
| 08/09/09 | 09-1837-TSH |
| 08/09/09 | 09-1838-TSH |
| 09/10/09 | 09-1869-TSH |
| 09/30/09 | 09-1914-TSH |
| 09/30/09 | 09-1915-TSH |
| 10/15/09 | 09-1921-TSH |
| 11/18/10 | 10-1801-TSH |
| 01/18/11 | 11-4013-TSH |
| 01/25/11 | 11-4047-TSH |
| 01/31/11 | 11-4070-TSH |
| 03/08/11 | 11-4088-TSH |
| 02/10/11 | 11-5023-JGD |
| 05/10/11 | 11-7029-JCB |
| 05/10/11 | 11-7030-JCB |